```
                    UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

| | |
|---|---|
| WILLIAM CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. |
| ) | 5:17-cv-218-JMH |
| ASSET ACCEPTANCE, LLC and ) | |
| GREENE & COOPER, LLP, ) | **ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*

This matter is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 11] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff William Campbell and Defendants Asset Acceptance, LLC and Greene & Cooper, LLP.  The Court having reviewed the Joint Stipulation, and being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff William Campbell's claims against Defendants Asset Acceptance, LLC and Greene & Cooper, LLP be, and are, hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** that this matter be, and is, hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 3rd day of August, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge